IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| JAMES MARK MCDANIEL, JR. and | ) | |
|---|---|---|
| C. RICHARD EPES, | ) | |
| | ) | |
| Plaintiffs, | ) | 1:06CV00472 |
| | ) | |
| v. | ) | |
| | ) | |
| ALCON LABORATORIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Beaty, Chief Judge.

This action is presently before the Court on Defendant Alcon Laboratories, Inc.'s Motion to Relieve Client from Attendance at the Court-Ordered Settlement Conference, or in the alternative to Reschedule the Settlement Conference. The settlement conference in this matter is currently set for December 11, 2007, at 12:00 p.m. For good cause shown, Defendant's motion will be GRANTED, and the settlement conference originally scheduled for December 11, 2007, will be rescheduled.

IT IS THEREFORE ORDERED that the settlement conference in this matter originally set for December 11, 2007, at 12:00 p.m. is CANCELLED, and will now take place on December 20, 2007, at 11:00 a.m.

This the 5th day of December, 2007.

/s/ James A. Beaty
United States District Court Judge